**Order entered November 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00592-CR**
**No. 05-22-00593-CR**

**THE STATE OF TEXAS, Appellant**

**V.**

**RUBEN A. LARA-ALVARADO, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F20-61117-U and F20-61118-U**

**ORDER**

The clerk's record and the reporter's record in this State's appeal are overdue. The clerk's record was due on July 20, 2022. When it was not filed, we notified Dallas County District Clerk Felicia Pitre by postcard dated July 22, 2022, directing that the record be filed by August 21, 2022. To date, the clerk's record has not been filed.

The reporter's record was also due on July 20, 2022. By postcard dated July 22, 2022, we notified Sasha Brooks, Official Court Reporter for the 291st Judicial

District Court, that the reporter's record had not been filed and directed her to file it by August 21, 2022. To date, it has not been filed and we have had no communication from Ms. Brooks regarding the record.

So that this appeal can proceed, we **ORDER** Dallas County District Clerk Felicia Pitre to file, withing **FIFTEEN DAYS** of the date of this order, the clerk's record in this appeal. We **ORDER** court reporter Sasha Brooks to file, within **FIFTEEN DAYS** of the date of this order, the reporter's record.

We **DIRECT** the Clerk of the Court to send copies of this order to:

Honorable Stephanie Huff
Presiding Judge
291st Judicial District Court

Felicia Pitre
Dallas County District Court

Sasha Brooks
Official Court Reporter
291st Judicial District Court

All parties

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE